June 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DOYLE MURPHREE, Appellant

NO. 14-11-00416-CV                                     V.

LUCY M. COOPER, Appellee

_____

       This cause, an appeal in favor of appellee, Lucy M. Cooper, signed, April 6, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, Doyle Murphree, jointly and severly, to pay all costs incurred in this appeal. We further order this decision certified below for observance.